# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis R., | Case No. 2:23-cv-2177-MAR |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: November 06, 2023

MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE